# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**JACKIE JUNIOR LIGE,**

   Petitioner,

v.  Case No. 3:20cv037-LC/CAS

**DEPARTMENT OF CORRECTIONS,**

   Respondent.
   _____/

## ORDER

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated January 14, 2020 (ECF No. 3), that the petition for writ of habeas corpus (ECF No. 1), filed pursuant to 28 U.S.C. § 2254, be dismissed as an unauthorized successive petition. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

2. The Clerk shall enter judgment stating, "The petition for writ of

habeas corpus (ECF No. 1) is **DISMISSED**. Any certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**."

3. The Clerk shall close the file.

**DONE AND ORDERED** on this 11th day of February, 2020.

*s/L.A. Collier*
*LACEY A. COLLIER*
*UNITED STATES SENIOR DISTRICT JUDGE*